Thomas H. McGrail, Appellant, *v.* Equitable Life Assurance Society of the United States, Respondent.

Submitted May 22, 1944; decided June 8, 1944.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 419.)

The People of the State of New York, Respondent, *v.* James J. Jacovacci, Appellant.

Submitted June 5, 1944; decided June 8, 1944.

*Edward J. Neary, District Attorney* (*Philip Huntington* of counsel), for motion to dismiss appeal.

*Michael F. Pinto* for motion for enlargement of time.

Motion to dismiss appeal denied.

Motion for enlargement of time granted, and case set down for argument during second week of first autumn, 1944, session.